IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.

JUL 31 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

In the matter of the search of:       )       DOCKET NO. *1:07mj 79*
                                      )
26 Inglewood Avenue                   )       ORDER TO SEAL
Asheville, North Carolina             )


Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND

DECREED that the above referenced Search Warrant, Application, Affidavit, and the Motion to Seal

be sealed until further order of the court.

This the __31st__ day of July, 2007.


_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE